UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

EVEREST REINSURANCE COMPANY,

                            Plaintiff,

            -against-

ALL STATE EQUIPMENT, LLC, *et al.*,

                       Defendants.

----------------------------------------------------------------------X

:   1:25-cv-9500-GHW

:   ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/1/2026

GREGORY H. WOODS, District Judge:

      The Court will hold a teleconference to discuss the parties' joint letter, Dkt. No. 90, and

Defendant Miller's request to extend the deadline for it to file an amended answer pending

resolution of its motion to dismiss on July 2, 2026 at 2:00 p.m.  Because the case is stayed as to Mr.

McKeever, Dkt. No. 88, Mr. McKeever is not obligated to comply with this order.  The parties,

except Mr. McKeever, are directed to the Court's Individual Rules of Practice in Civil Cases, which

are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in

number for the conference and other relevant instructions.  The relevant parties are specifically

directed to comply with Rule 2(C) of the Court's Individual Rules.

      SO ORDERED.

Dated:  July 1, 2026
   New York, New York

                                  GREGORY H. WOODS
                           United States District Judge